Burns v Grandjean (2023 NY Slip Op 00626)

Burns v Grandjean

2023 NY Slip Op 00626

Decided on February 3, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 3, 2023

PRESENT: SMITH, J.P., PERADOTTO, LINDLEY, AND CURRAN, JJ. (Filed Feb. 3, 2023.) 

MOTION NO. (637/22) CA 21-00413.

[*1]MATTHEW A. BURNS, PLAINTIFF-RESPONDENT,
v
JENNIFER A. GRANDJEAN, DEFENDANT-APPELLANT. WALTER BURKARD, ESQ., ATTORNEY FOR THE CHILDREN, APPELLANT. (APPEAL NO. 2.)

MEMORANDUM AND ORDER
Motion for clarification of order denied.